UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JAMES EUGENE SCHUSTER,<br><br>　　　　Defendant. | Case No. CR-08-088-N-EJL<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

　　　　Pending before the Court in the above-entitled matter is the Government's Motion for Preliminary Order of Forfeiture (Docket No. 149). Since the plea agreement of JAMES EUGENE SCHUSTER (Docket No. 61) having been entered into, and Judgment entered against said defendant (Docket No. 127) providing for a money judgment forfeiture, the Court has determined that the following property and property interests as set out in Count Two of the Superseding Information are subject to forfeiture pursuant to 21 U.S.C. § 853(a)(1):

　　A.　　<u>Cash Proceeds:</u>  The sum of at least $1,000,000 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendant.

Based on the file herein, including the Sealed Rule 11 Plea Agreement, the Judgment entered against the defendant, and the factual basis set out therein, for the reasons stated at bar, and pursuant to the Plaintiff's Motion for Preliminary Order of Forfeiture;

THE COURT FINDS that Motion for Preliminary Order of Forfeiture (Docket No. 149) is GRANTED as the above-described property was property which constituted proceeds of violations of Title 21 U.S.C. § 846.

To the extent the United States seeks a final order of forfeiture against other property not named herein, it will follow the procedures of 21 U.S.C. § 853(p) and, as to any such substituted property sought to be forfeited, the United States shall commence any applicable proceeding to comply with statutes governing third party rights, including giving notice of this Order and publishing on www.forfeiture.gov for thirty (30) consecutive days notice of this Order and the United States' intent to dispose of the property in such a manner as the United States Attorney General (or a designee) may direct.  The United States may also, to the extent practicable, provide written notice to any person known to have an alleged interest in any such property sought to be substituted ("Substituted Property").

Any person, other than the above-named defendant, asserting a legal interest in the Substituted Property may, within sixty (60) days of the first publication date of the notice or within thirty (30) days of receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his interest and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(6), and made applicable pursuant to 28 U.S.C. § 2461(c)

Any petition filed by a third party asserting an interest in the Substituted Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest, the time and circumstances of the petitioner's acquisition of the right, title or interest in the Substituted Property, and any additional facts supporting the petitioner's claim and relief sought.

After disposition of any motion filed under Fed. R. Crim. P. 32.2(c)(1)(A) and before a hearing on the petition, discovery may be conducted in accordance with the Federal Rules of Civil Procedure upon a showing that such discovery is necessary or desirable to resolve factual issues.

The United States shall have clear title to the Substituted Property following the Court's disposition of all third-party interests, or, if none, following the expiration of the period provided in pursuant to 21 U.S.C. § 853(n)(2), and made applicable pursuant to 28 U.S.C. § 2461(c) for the filing of third party petitions.

The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED:  **February 23, 2009**

_____
Honorable Edward J. Lodge
U. S. District Judge